HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. THEODORE KOSLOSKY and Others, Appellants.— Judgment and order affirmed, with costs. All concur.

MARGARET A. YOUNG and Another, Respondents, v. AMERICAN CENTRAL INSURANCE COMPANY, ST. LOUIS, MISSOURI, Appellant.— Final and interlocutory judgments reversed, without costs. All concur.

MARGARET A. YOUNG and Another, Respondents, v. SENECA FIRE INSURANCE COMPANY OF BUFFALO, N. Y., Appellant.— Final and interlocutory judgments reversed, without costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MABEL L. SAFFORD, as Committee, etc., of EDGAR R. BOLLES, an Incompetent Person, Appellant, v. THE SURROGATE'S COURT OF THE COUNTY OF GENESEE and Others, Respondents.— Order affirmed, with costs as a matter of law, and not in the exercise of discretion. All concur, except Hubbs, J., who dissents.

FRANCIS B. MITCHELL, Respondent, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY and Another, Appellants.— Motion granted, amending order of modification and affirmance entered March 17, 1920, so as to include the 10th and 11th findings of fact among the findings reversed, and by making new findings of fact in lieu of said 10th and 11th findings. [See 191 App. Div. 276.]

NELLIE LYONS, Respondent, v. THE MACCABEES and Others, Appellants. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CARL EMIL MOLLER and Another, Respondents, v. CLARE A. PICKARD and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JAMES W. SMITH, Respondent, v. JENNIE SMITH, Appellant.— Motion granted, and appeal dismissed.

LULU STOTZ, as Administratrix, etc., Respondent, v. THE DIRECTOR GENERAL OF RAILROADS and NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—Appeal dismissed unless appellant shall file and serve printed briefs within sixty days.

In the Matter of the Appraisal of the Estate of CARRIE HOYT GREEN, Deceased, under the Acts in Relation to Taxable Transfers of Property.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HENRY, v. TRIAL TERM, PART III (CRIMINAL BRANCH) OF THE SUPREME COURT, IN AND FOR THE COUNTY OF ERIE, etc.—Application for writ of prohibition denied.

REUBEN JEFFERY, Appellant, v. HARRY C. WEBB, Respondent.—Appeal dismissed unless appellant file and serve printed briefs within thirty days.